AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25 Cr. 579 (PKC) |
| Daniel Chu and David Goodgame ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date:  12/17/2025

/s/ Micah F. Fergenson
*Attorney's signature*

Micah F. Fergenson, 5351424
*Printed name and bar number*

26 Federal Plaza
New York, NY 10278

*Address*

micah.fergenson@usdoj.gov
*E-mail address*

(212) 627-2190
*Telephone number*

*FAX number*