

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 9, 2026

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Daniel Chu & David Goodgame*, 25 Cr. 579 (PKC)

Dear Judge Castel:

      The Government writes in response to defendant Daniel Chu's February 6, 2026, motion asking the Court to compel "the government to produce any seizure warrants it has used to restrain Mr. Chu and his wife's primary bank account or…if there is no such warrant, to order the account unfrozen." (Dkt. 24). For the reasons set forth below, the defendant's motion should be denied as moot.

      On February 7, 2026, the Government submitted a proposed seizure warrant for the account at issue and a supporting affidavit to the Court. On February 9, 2026, the Court referred the application to Magistrate's Court. On February 9, 2026, Magistrate Judge Parker signed the seizure warrant. The Government has produced the seizure warrant and supporting affidavit to the defendant.

      The Government disputes certain factual and legal assertions in the defendant's motion, but, because the defendant's motion is now moot, the Government does not address them here and instead reserves all rights and arguments.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:   /s/ Justin Rodriguez
      Micah F. Fergenson
      Justin V. Rodriguez
      Assistant United States Attorneys
      (212) 637-2190/-2591

cc: Counsel of Record (by ECF)