**BSF** | BOIES
SCHILLER
FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

March 19, 2026

*Application is GRANTED and is subject to all other conditions of Pretrial release and reporting requirements of the supervising pretrial Service officer.*

*SO ORDERED*
*[signature], USDJ*
*3-20-26*

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

> **Re:    *United States v. Chu & Goodgame*,**
> **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent Daniel Chu. As discussed at this afternoon's conference, we write to respectfully request the Court's permission for Mr. Chu to travel to the Middle District of Florida from March 30 to April 3, 2026. As the Court may recall, Mr. Chu resides in the Southern District of Florida, and the conditions of his pretrial release limit his travel to that District, as well as parts of New York and Texas. The proposed trip is an approximately three-hour car trip from Mr. Chu's home.

The United States Probation officer in the Southern District of Florida who is supervising Mr. Chu on behalf of Pretrial Services does not object to this request. The government has advised that it takes no position on the request and defers to Pretrial Services. (Both the Probation Officer and the government are aware of the specific itinerary for Mr. Chu's proposed trip. We are not putting those details on the public docket, but can of course provide them to the Court upon request.)

Thank you for your consideration of this request.

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz