# Spencer & Associates
## 5956 Sherry Lane, Suite 2000
## Dallas, Texas 75225

April 28, 2026

Defendant Goodgame may travel to the Western District of Texas on April 30, 2026, subject to restrictions imposed by Pre-Trial Services. The application is otherwise denied without prejudice. SO ORDERED.
Dated: 4/29/26

P. Kevin Castel
United States District Judge

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

RE:    United States v. Chu, Goodgame (Case No. 25 CR 579 – PKC)

Dear Judge Castel:

We represent David Goodgame and are writing to request a modification of the bond conditions for Mr. Goodgame, such that he can travel for business within the State of Texas. Specifically, Mr. Goodgame needs to travel to Hill County, Texas, for a business opportunity, on Thursday, April 30, 2026.  While Hill County is relatively close to Mr. Goodgame's residence, Mr. Goodgame is currently only permitted to travel to the Northern and Eastern Districts of Texas, and Hill County is located in the Western District of Texas.

In speaking with the probation officer assigned to Mr. Goodgame through Pretrial Services, the probation officer recommended requesting a modification that: 1) allows Mr. Goodgame to travel to the Western and Southern Districts of Texas, and 2) gives Pretrial Services in the Northern District of Texas discretion to approve or deny travel moving forward.  In its correspondence with Mr. Goodgame and his counsel, Pretrial Services notes that Mr. Goodgame has demonstrated he is not a flight risk.

As such, and under the authority given to the Court under 18 U.S.C. § 3142(c)(3), Mr. Goodgame respectfully requests that the Court modify his bond conditions to permit travel to the Western and Southern Districts of Texas, subject to the discretion of Pretrial Services in the Northern District of Texas.

Sincerely,

*/s/ Arnold A. Spencer*
Arnold A. Spencer
Thomas (Dan) Cushing
Spencer & Associates

5956 Sherry Lane
Dallas, TX 75225
arnold@aspencerlaw.com
214-385-8500
*Counsel for David Goodgame*