**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

DANIEL CHU and DAVID GOODGAME,

Defendants.

Case No. 25 Cr. 579 (PKC)

### <u>NOTICE OF DANIEL CHU'S INITIAL PRETRIAL MOTIONS</u>

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, as well as the Declaration of Matthew L. Schwartz, the exhibits thereto, and the pleadings and other filings in this case, defendant Daniel Chu respectfully moves this Court before the Honorable P. Kevin Castel, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time as the Court sets, for an order: (i) dismissing Count One of the above-referenced Indictment or, alternatively, for a bill of particulars as to Count One; (ii) for a bill of particulars on Counts Two through Four of the Indictment; (iii) suppressing evidence or, for a *Franks* hearing relating to search warrants issued for Mr. Chu's residence (the "Premises Warrant") and electronic accounts; (iv) to unseal and disclose grand jury records to the parties or, alternatively, for *in camera* review; and (v) suppressing evidence seized beyond the scope of the Premises Warrant.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court by Order dated April 21, 2026 [ECF No. 35], the government's opposition papers are due on June 26, 2026, and reply papers are due on July 17, 2026.

1

Dated:   May 20, 2026
         New York, New York

                                        Respectfully Submitted,

                                        /s/ *Matthew L. Schwartz*
                                        Matthew L. Schwartz
                                        Craig A. Wenner
                                        Jacqueline C. Kelly
                                        BOIES SCHILLER FLEXNER LLP
                                        55 Hudson Yards
                                        New York, New York 10001
                                        Telephone: (212) 303-3646
                                        E-mail: mlschwartz@bsfllp.com
                                                cwenner@bsfllp.com
                                                jkelly@bsfllp.com

                                        Adam Fee
                                        WEIL, GOTSHAL & MANGES LLP
                                        1999 Avenue of the Stars, Suite 1800
                                        Los Angeles, California 90067
                                        Telephone: (213) 667-5125
                                        E-mail: adam.fee@weil.com

                                        *Attorneys for Daniel Chu*