

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

May 20, 2026

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
5/21/2026

P. Kevin Castel
United States District Judge

     **Re:** *United States v. Chu & Goodgame,*
            **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

     We represent defendant Daniel Chu and write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York and the Protective Order in this case [ECF No. 22] to request that the Court accept for provisional filing under seal Mr. Chu's omnibus memorandum of law in support of his initial pretrial motions and certain exhibits appended to the Declaration of Matthew L. Schwartz ("Schwartz Decl.") in support of those motions.

     The memorandum, declaration and exhibits cited therein rely on certain information designated "Disclosure Material" and "Sealed Material" by the Protective Order. *See* ECF No. 22 ¶¶ 1–4. As such, Mr. Chu requests that the Court maintain the unredacted memorandum, unredacted declaration and certain exhibits under seal. To be clear, Mr. Chu takes no position on the sealing of these papers, except for the photographs obtained by the government during execution of the search warrant for Mr. Chu's residence, Schwartz Decl. Exs. 5 through 15, which were improperly seized and should remain sealed.

     Thank you for your consideration of this request.

                          Respectfully Submitted,

                          /s/ *Matthew L. Schwartz*
                          Matthew L. Schwartz