# Spencer & Associates
5956 Sherry Lane, Suite 2000
Dallas, Texas 75225

May 21, 2026

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re: *United States v. Chu & Goodgame*,**
> **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent defendant David Goodgame and write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York and the Protective Order in this case [ECF No. 22] to request that the Court accept for provisional filing under seal Mr. Goodgame's omnibus memorandum of law in support of his initial pretrial motions and certain exhibits appended to the Declaration of Arnold A. Spencer ("Spencer Decl.") in support of those motions.

This memorandum, declaration, and exhibits cited rely on certain information designated "Disclosure Material" and "Sealed Material" by the Protective Order. *See* ECF No. 22 ¶¶ 1–4. As such, Mr. Goodgame requests that the Court keep the unredacted memorandum, unredacted declaration and certain exhibits under seal. Thank you for your consideration of this request.

Sincerely,

*/s/ Thomas Dan Cushing*
Arnold A. Spencer and
Thomas (Dan) Cushing
Spencer & Associates
5956 Sherry Ln.
Dallas, TX 75225
(214) 358-8500 (office)
arnold@aspencerlaw.com
dan@aspencerlaw.com
*Counsel for David Goodgame*