

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

May 22, 2026

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Chu & Goodgame*,
>    **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent defendant Daniel Chu and write regarding the government's May 19, 2026 letter motion [ECF 41] requesting the release to the prosecution team of evidence from certain electronic accounts and personal devices belonging to Mr. Chu, notwithstanding the government's previous representations—including to the Court—that a filter review team was conducting a privilege review of those accounts and devices. *See* ECF 44-16 (Jan. 13, 2026 Arraignment Tr.) at 6:3–10 (describing imaging and privilege review process for the electronic devices). As Mr. Chu will set forth in more detail to the Court, the release of the full images and/or accounts to the prosecution team would be wholly improper and would knowingly invade Mr. Chu's attorney client and other privileges.[1]

In light of the pretrial motions deadline this week, Mr. Chu respectfully requests that the Court permit our opposition to be filed by June 5, 2026. The government consents to this request. In the interim, Mr. Chu and the government plan to confer further next week in an effort to narrow the issues in dispute.

---

[1] It is worth noting that the timing of the government's application appears aligned with the government's recent push to review and produce discovery at a faster clip to try to keep the current trial date over Mr. Chu's objection. Indeed, on May 19, just one day after filing the letter motion, the government produced over 168,000 new pages of discovery. Two days later, on May 21, the government requested a one-terabyte drive from Mr. Chu for a new discovery production. Of course, accelerating discovery cannot come at the cost of Mr. Chu's legally protected privileges.

**BSF**

Thank you for your consideration of this request.

Respectfully Submitted,

/s/_____
Matthew L. Schwartz