**BOIES SCHILLER FLEXNER**

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

June 12, 2026

**BY ECF**

The June 17 conference is vacated.
SO ORDERED.
Dated: 06/12/2026.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

> **Re:** ***United States v. Chu & Goodgame,***
> **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We are in receipt of the Court's order from yesterday scheduling a conference for June 17. I, however, will be travelling overseas at that time, returning to New York on the evening of the 18th, and so respectfully request that the Court consider rescheduling. I have consulted with the government and counsel for Mr. Goodgame, and all parties could be in Court at any time on Tuesday June 23, Thursday June 25 after 3 PM, or any time on Friday June 26. If the Court would prefer to keep the June 17 date, another member of Mr. Chu's defense team will of course be present (and I could appear remotely, if the Court permitted), but as the Court is aware I have been Mr. Chu's primary defense counsel and it would be my preference to be able to be there in person. No party has any objection to this request.

Thank you for your consideration.

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz