**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

DANIEL CHU and DAVID GOODGAME,

Defendants.

Case No. 25 Cr. 579 (PKC)

## ORDER FOR ADMISSION TO APPEAR PRO HAC VICE

The Motion for Admission Pro Hac Vice in this case filed by Thomas R. (Dan) Cushing is

granted.  Applicant has declared that he is a member in good standing in the State Bar of Texas,

and that his contact information is as follows:

Thomas R. (Dan) Cushing
Spencer & Associates
5956 Sherry Ln., Suite 2000
Dallas, TX 75225
214-846-0531

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for David Goodgame, in the above-entitled action;

IT IS HEREBY ORDERED, the Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the rules governing discipline of attorneys.

United States District/Magistrate Judge

Dated:    6/22/2026