UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | S2 25 Cr.579 (PKC) |
| DAVID GOODGAME, | |
| Defendant. | |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1001, 1343, 1344, and 1349; Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18 , United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DAVID GOODGAME
Defendant

_____
Witness

_____
Dan Cushing, Esq.
Attorney for Defendant

Dated: New York, New York
      June 24, 2026