

JACQUELINE C. KELLY
Tel.: (212) 446-2344
E-mail: jkelly@bsfllp.com

June 26, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

      Re:    ***United States v. Chu & Goodgame***,
               **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

    We represent Daniel Chu.  Pursuant to the Court's Order of June 24, 2026 [ECF No. 80], Mr. Chu is re-filing Exhibits 3, 4, and 5 to the Declaration of Jacqueline C. Kelly in Opposition to the Government's May 18, 2026 Letter Motion [ECF No. 60].

                    Respectfully,

                    /s/ *Jacqueline C. Kelly*

                    BOIES SCHILLER FLEXNER LLP

                    Matthew L. Schwartz
                    Craig A. Wenner
                    Jacqueline C. Kelly
                    55 Hudson Yards
                    New York, New York 10001
                    Telephone: (212) 303-3646
                    E-mail: mlschwartz@bsfllp.com
                          cwenner@bsfllp.com
                          jkelly@bsfllp.com

                    WEIL, GOTSHAL & MANGES LLP

                    Adam Fee
                    1999 Avenue of the Stars, Suite 1800
                    Los Angeles, CA 90067
                    Telephone: (213) 667-5100
                    E-mail: Adam.Fee@weil.com

                    *Attorneys for Daniel Chu*