**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

DANIEL CHU,

Defendant.

Case No. 25 Cr. 579 (PKC)

**NOTICE OF DANIEL CHU'S SECOND PRETRIAL MOTIONS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, as well as the Declaration of Matthew L. Schwartz, the exhibits thereto, and the pleadings and other filings in this case, defendant Daniel Chu respectfully moves this Court before the Honorable P. Kevin Castel, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time as the Court sets, for an order: (i) dismissing Count One of the above-referenced Indictment or, alternatively, for a bill of particulars as to Count One; (ii) for a bill of particulars on Counts Two through Eight of the Superseding Indictment; (iii) to unseal and disclose grand jury records to the parties or, alternatively, for *in camera* review; and (iv) to preclude evidence and quash subpoenas based on abuse of the grand jury process.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court by Order dated July 1, 2026, the government's opposition papers are due on July 28, 2026, and reply papers are due on August 3, 2026.

Dated: July 16, 2026
New York, New York

Respectfully Submitted,

/s/ *Matthew L. Schwartz*

Matthew L. Schwartz
Craig A. Wenner
Jacqueline C. Kelly
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3646
E-mail: mlschwartz@bsfllp.com
cwenner@bsfllp.com
jkelly@bsfllp.com

Marshall Dore Louis
BOIES SCHILLER FLEXNER LLP
100 Southeast 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 357-8438
Email: mlouis@bsfllp.com

Adam Fee
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Suite 1800
Los Angeles, California 90067
Telephone: (213) 667-5125
E-mail: adam.fee@weil.com

*Attorneys for Daniel Chu*