

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 28, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

      **Re:**    ***United States v. Chu*,**
                **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

      We represent Daniel Chu and write regarding the status conference scheduled for tomorrow, July 29, 2026 at 2:00 p.m.  Mr. Chu was scheduled on a 3:22 p.m. flight today to arrive in New York in advance of tomorrow's conference.  His flight was cancelled and he has been unable to rebook a flight for tonight due to the weather and an airline IT issue.  Although Mr. Chu will make best efforts to travel to New York in time for the conference, we respectfully request that the Court excuse his appearance in the event he is unable to attend.  If Mr. Chu cannot attend in person, he would be available to attend or listen to the conference telephonically if the Court permits.  Mr. Chu consents to this request and waives his appearance.

      Thank you for your consideration of this request.

                        Respectfully,

                        /s/ *Matthew L. Schwartz*
                        Matthew L. Schwartz