

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 29, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

> **Re:**   *United States v. Chu*, **Case No. 25 Cr. 579 (PKC)**
> *United States v. Kollar*, **Case No. 25 Cr. 584 (PKC)**
> *United States v. Seibold*, **Case No. 25 Cr. 585 (PKC)**

Dear Judge Castel:

We represent Daniel Chu.  We write to respectfully request that the Court unseal the transcripts of the guilty pleas of Jerome Kollar (25 Cr. 584) and Ameryn Seibold (25 Cr. 585), both cooperating witnesses in the criminal case against Mr. Chu.  Both Kollar and Seibold pled guilty on December 16, 2025 and the government moved to unseal their cases the following day, December 17, 2025.  *United States v. Kollar*, 25 Cr. 584 (S.D.N.Y.), ECF No. 2; *United States v. Seibold*, 25 Cr. 585 (S.D.N.Y.), ECF No. 2.  Those applications appear to have been granted, although the wrong unsealing order is docketed in Kollar's case.  *See United States v. Kollar*, 25 Cr. 584 (S.D.N.Y.), ECF No. 2.  We have been informed by the Southern District Reporters that they cannot release the transcripts without an unsealing order from the Court.  The government consents to this request.

Respectfully,

/s/ *Matthew L. Schwartz*
Matthew L. Schwartz