**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

DANIEL CHU,

Defendant.

**Declaration of Shiva H. Logarajah**

S1 25 Cr. 579 (PKC)

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York. I respectfully submit this Declaration as part of the Government's opposition to defendant Daniel Chu's motion to suppress evidence from seized electronic devices and iCloud accounts. *See* ECF No. 108.

2. This Declaration is based upon my participation in the investigation, my examination of reports and records, and my conversations with law enforcement agents and other members of the Government's prosecution team.

3. On October 7, 2025, pursuant to a search warrant signed by United States Magistrate Judge Ellen F. D'Angelo (the "Devices Warrant"), the Federal Bureau of Investigation ("FBI") seized an iPhone from defendant Daniel Chu, among other devices. That iPhone was marked with an FBI identifier "1B21." The 1B21 device was forensically imaged and thereafter was reviewed and tagged for responsive materials under the Devices Warrant. Attached as **Exhibits A through E** are true and correct copies of excerpts of text chains marked responsive to the Devices Warrant in the 1B21 device.

4. I have reviewed Appendices which are attached to the Declaration of Matthew L. Schwartz in support of defendant Daniel Chu's motion to suppress evidence from seized electronic devices and iCloud accounts (the "Schwartz Declaration"). *See* ECF No. 110. The Appendices

list certain documents produced to defendant Daniel Chu by the Government. The documents, in part, are identified using the Bates Number assigned to them by the Government.

5. Attached as **Exhibit F** is a true and correct copy of a document produced by the Government bearing Bates Number USAO_REL_13_00038891 which appears on Appendix B to the Schwartz Declaration. Attached as **Exhibit G** is a true and correct copy of a document produced by the Government (with attachments omitted) bearing Bates Number USAO_REL_09_00139366 which appears on Appendix B to the Schwartz Declaration. Attached as **Exhibit H** are true and correct copy of documents (with attachments omitted) produced by the Government bearing Bates Numbers (1) USAO_REL_09_00138866; (2) USAO_REL_09_00140400; (3) USAO_REL_09_00141745; (4) USAO_REL_09_00141917; (5) USAO_REL_09_00142054; (6) USAO_REL_09_00143212; (7) USAO_REL_09_00143315; (8)USAO_REL_09_00143416; (9) USAO_REL_09_00143471; (10) USAO_REL_09_00143523; and (11) USAO_REL_09_00143611. All documents attached as **Exhibit H** appear on Appendix B of the Schwartz Declaration. Attached as **Exhibit I** is a true and correct copy of a document produced by the Government bearing Bates Number USAO_REL_09_00001017 which appears on Appendix B to the Schwartz Declaration. Attached as **Exhibit J** is a true and correct copy of a document produced by the Government bearing Bates Number USAO_REL_09_00000312 which appears on Appendix B to the Schwartz Declaration. Attached as **Exhibit K** is a true and correct copy of a document produced by the Government bearing bates number USAO_REL_09_00142441 which appears on Appendix A to the Schwartz Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 7, 2026

Shiva H. Logarajah
Assistant United States Attorney
Southern District of New York