UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

25-cr-579 (PKC)

-against-

ORDER

DANIEL CHU,

Defendant.
-----------------------------------------------------------x

CASTEL, Senior District Judge

There will be an argument on the Trustee's motion to quash and a conference on other issues related to discovery on September 9, 2026 at 3:30 pm in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 27, 2026