UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL CHU,<br><br>Defendant. | **BILL OF PARTICULARS**<br><br>S1 25 Cr. 579 (PKC) |

The United States of America, by and through its attorney, James M. McDonald, United States Attorney, and pursuant to the Court's August 14, 2026, Opinion and Order (ECF No. 131), supplements the allegations of Superseding Indictment S1 25 Cr. 579 (PKC) through the particulars below.

The specific asset-backed securities referenced in Count Seven and Count Eight are identified as follows:

1. Tricolor Auto Securitization Trust ("TAST") 2018-1;
2. TAST 2018-2;
3. TAST 2020-1;
4. TAST 2021-1;
5. TAST 2022-1;
6. TAST 2023-1;
7. TAST 2024-1;
8. TAST 2024-2;
9. TAST 2024-3;
10. TAST 2025-1; and
11. TAST 2025-2.

In addition to the completed asset-back securities identified above, Count Seven also refers to additional securities contemplated by the conspirators but never formed. *See, e.g.*, S1 Superseding Indictment ¶ 45(b) ("On or about August 17, 2025, CHU told Jerry Kollar and Executive-1 that if Tricolor's loan performance had recently improved, the conspirators could try to transfer the fraudulent collateral from the SPV4 warehouse to future bondholders, stating that if the potential improvement in loan performance was 'right, then you can in theory put more shit in that securitization and it'll kind of wash out.'").

Jay McDonald /SVR
JAMES M. MCDONALD
United States Attorney
for the Southern District of New York