BSF | BOIES SCHILLER FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

August 29, 2026

**BY ECF**

September 9 conference is VACATED.
SO ORDERED.
Dated: 8/31/2026

P. Kevin Castel
United States District Judge

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

**Re: *United States v. Chu*,**
**Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We are in receipt of the Court's order from yesterday scheduling a conference for September 9 [ECF No. 146]. I, however, will be travelling overseas at that time, and so respectfully request that the Court consider rescheduling. As the Court may recall, I had originally planned a trip to Asia for late July/early August, which I rescheduled because the Court set conferences on July 29 and August 6. *See* 6/30/2026 Hearing Tr. at 44. That trip is now scheduled for September 7-18, and would be exceedingly difficult to reschedule at this point. I have consulted with the government and counsel for the trustee, and all parties could be in Court on September 21, 22 (with a preference for the morning that day only), 23, 24, 28 or 29. No party has any objection to this request.

Thank you for your consideration.

Respectfully,

/s/ Matthew L. Schwartz
Matthew L. Schwartz