UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DANIEL CHU,

Defendant.

25-cr-579 (PKC)

ORDER

CASTEL, U.S.D.J:

The Court will conduct an evidentiary hearing on defendant's motion to suppress on October 7, 2026 at 2:15 p.m. in Courtroom 11D continuing as needed on October 8 and 9. The parties are invited to employ fact stipulations and exchange witness and exhibit lists. The parties have briefed fully the law governing the motion to suppress and the Court does not anticipate the need for further briefing following the hearing.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 28, 2026