UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL CHU,

Defendant.

S1 25 Cr. 579 (PKC)

**THE GOVERNMENT'S PROPOSED EXAMINATION OF PROSPECTIVE JURORS**

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

Micah F. Fergenson
Shiva H. Logarajah
Justin V. Rodriguez
Assistant United States Attorneys
- *Of Counsel* -

The Government respectfully requests, pursuant to Federal Rule of Criminal Procedure 24(a), that in addition to its customary questions posed to prospective jurors on *voir dire*, the Court ask each prospective juror the following questions:

**A. Statement of the Case**

1. This is a criminal case against Daniel Chu, the defendant. Mr. Chu has been charged with committing federal crimes in an Indictment returned by a grand jury sitting in this District. The Indictment is not evidence. It simply contains the charges that the Government is required to prove to the satisfaction of the trial jury beyond a reasonable doubt. You will hear more about these charges in the coming days, but let me provide you with a brief summary of the allegations in this case to help determine whether there is anything about the case that may make it difficult or inappropriate for you to serve on the jury.

2. As I mentioned, the defendant in this case is Daniel Chu. Chu was the founder and CEO of a company called Tricolor. Tricolor was a "buy here, pay here" car business. That is, Tricolor sold cars to customers and provided car loans to those same customers. The charges in the Indictment involve allegations that the defendant led a series of frauds at Tricolor that defrauded Tricolor's lenders and investors. Tricolor had lending arrangements with several banks where it pledged collateral—or assets it owned—to the banks and received cash advances from the banks. Tricolor regularly pledged its customers' loan payments as collateral to its lenders. Tricolor also sold bonds to investors that were backed by payments from Tricolor's customers' loans. The Indictment alleges that Mr. Chu committed fraud by lying to Tricolor's lenders and investors about the state of Tricolor's business and the collateral supporting its loans and bonds

3. There are eight separate charges, or "counts," contained in the Indictment.

4. Count One charges the defendant with organizing, managing, or supervising a continuing financial crimes enterprise–which is a series of frauds on financial institutions—and personally received at least $5,000,000 from the enterprise.

5. Count Two charges the defendant with conspiring, or agreeing, with others to defraud financial institutions through false statements and misrepresentations about Tricolor's financial condition and the collateral it was pledging.

6. Count Three charges the defendant with bank fraud arising from a scheme to defraud two particular banks, Barclays Bank and JP Morgan Chase, by making false and misleading statements about Tricolor and the collateral it was pledging with respect to a particular lending arrangement.

7. Count Four charges the defendant with wire fraud for arising from a scheme to defraud four lenders—Barclays Bank, JP Morgan Chase, Waterfall Asset Management, and AllianceBernstein—by making false and misleading statements about Tricolor and the collateral it was pledging with respect to the same lending arrangement at issue in Count Three.

8. Count Five charges the defendant with bank fraud arising from a scheme to defraud Barclays Bank by making false and misleading statements about Tricolor and the collateral it was pledging with respect to a different lending arrangement between Tricolor and Barclays Bank.

9. Count Six charges the defendant with wire fraud for participating in the same scheme charged in Count Five.

10. Count Seven charges the defendant with conspiring to engage in securities fraud by agreeing with others to make material misrepresentations to investors who purchased Tricolor bonds about Tricolor and the collateral backing the bonds.

11. Count Eight charges the defendant with securities fraud for participating in the same scheme charged in Count Seven.

12. The defendant denies the charges and has entered a plea of not guilty.

**B. Nature of the Case**

13. Does any juror have any personal knowledge of the charges in the Indictment as I have described them? Has any juror read or heard anything about this case? If so, is there anything such a juror has read or heard that would cause him or her to feel that he or she cannot consider this case fairly and impartially?

14. Does the fact that the charges involve fraud alleged to have been committed in connection with defrauding various financial institutions make it difficult for any of you to render a fair verdict?

15. Do you follow news about fraud or alleged misconduct by individuals in the finance industry? If so, will anything that you have read or seen affect your ability to be fair and impartial in this case?

16. Do any of you believe that the financial industry should not be regulated by the Federal Government?

17. Do any of you believe that the financial industry should not be regulated by criminal law?

**Knowledge of the Trial Participants**

18. Do any of you know, or have you had any dealings, directly or indirectly, with the defendant, or with any of his relatives, friend, or associates?

19. To your knowledge, do any of your relatives, friends, associates, or employers know the defendant?

20. The defendant is represented by Matthew Schwartz, Jacqueline Kelly, Dore Lewis, Craig Wenner of the law firm Boies Schiller & Flexner and Adam Fee of the law firm Weil Gotshal & Manges. [*Please ask counsel to stand.*] Do any of you know these attorneys? Have you or your family members or close friends had any dealings either directly or indirectly with any of these lawyers or law firms?

21. The Government is represented here, as in all cases where it is a party before this Court, by the United States Attorney for the Southern District of New York, who for purposes of this matter, is Jamie McDonald. The conduct of the trial will be in the immediate charge of Assistant U.S. Attorneys Micah Fergenson, Shiva Logarajah, and Justin Rodriguez. Do any of you know Mr. Fergenson, Mr. Logarajah, or Mr. Rodriguez? Have you or your family members or close friends had any dealings either directly or indirectly with them? The Government attorneys will also be assisted in this case by Special Agents Timothy Kash and Nicholas Kroll of the Federal Bureau of Investigation, Christopher O'Rourke and Jeremy Rosenman of the Federal Deposit Insurance Corporation's Office of Inspector General, and Octavia Drew and Leyla Yurt, paralegals at the United States Attorney's Office. Have you or your family members or close friends had any dealings either directly or indirectly with these individuals?

**<u>Names and Places</u>**

22. I will now read a list of names of individuals and businesses whose names may be mentioned during the trial, or who may be witnesses in this case [*To be provided in advance of trial*]:

23. Are any of you familiar with any of those people? Are any of you familiar with any of those places? As to the companies I mentioned, have any of you had any dealings with those companies apart from being a customer of those companies?

**Questions Specific to the Case; Relationship with Government and Others**

24. Have any of you, or your family members or close friends, ever worked in financial industry?

25. Have you or anyone close to you ever been employed by a subprime auto lender?

26. Have you or anyone close to you ever received a loan from a subprime auto lender?

27. Have any of you, or your family members or close friends, ever worked for the United States Securities and Exchange Commission (the "SEC"), or another financial regulatory body?

28. Do any of you know, or have any association—professional, business, or social, direct, or indirect—with, any member of the staff of the United States Attorney's Office for the Southern District of New York, the FBI, or the FDIC-OIG?

29. Are you, or is any member of your family or a close friend, employed by any law enforcement agency, whether federal, state, or local?

30. Have you, or any member of your family or a close friend, ever been employed by any law enforcement agency?

31. Have you, either through any experience you have had or anything you have seen or read, developed any bias, prejudice, or other feelings for or against the United States Attorney's Office? For or against the FBI? For or against FDIC-OIG? For or against any other law enforcement agency?

32. This case involves allegations of fraud in connection with the extension of credit and the sale of bonds. This is not a civil proceeding. Is there anything about this type of case—that is, a criminal fraud case—that would make you hesitate to sit on this jury?

33. Have you, or has any member of your family or a close friend, either as an individual or in the course of business, ever been a party to any legal action or dispute with the United States, or with any of the officers, departments, agencies, or employees of the United States, including the SEC?

34. Have you or any member of your family or any close friend ever had any education or training, applied or worked for, or volunteered in, any area of criminal defense, such as a public defender office, a law office, or a private investigation firm? If yes, please describe the training, job, and the type of office and, if other than yourself, state the person's relationship to you.

## Prior Experience with the Court System

35. Are you, or any of your family members or close friends, attorneys or employees of a law firm?

36. Have you, or any of your relatives or close friends, ever been involved or appeared as a witness in any investigation by a federal or state grand jury, or by a governmental agency, or licensing authority?

37. Have you, or any of your relatives or close friends, ever been questioned in any matter by a federal, state, or local law enforcement agency?

38. Have you, or any of your relatives or close friends, ever been a witness or a complainant in any federal, state, or local prosecution?

39. Are you, or any of your relatives or close friends, now under subpoena or, to your knowledge, about to be subpoenaed, in any criminal case?

40. Have you, or have any of your relatives, associates, or close friends, ever been charged with a crime? What crime? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench, into the circumstances of the charges.*]

41. Have you, or have any of your relatives, associates, or close friends, ever been the subject of any investigation or accusation by any federal or state grand jury, or by any other governmental agency? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench, into the circumstances of the investigation.*]

42. Have you, or any of your relatives or close friends, ever been a victim of a crime? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench, into the circumstances of each crime*.]

43. Have you, or any of your relatives or close friends, had any experience with law enforcement that you think may affect your ability to render a fair verdict? [*As to any prospective juror who answers affirmatively, the Court is respectfully requested to inquire, at the bench, into the circumstances of each incident and that prospective juror's reaction to how he or she was treated by the law enforcement agents*.]

**Prior Jury Service**

44. Have you ever, at any time, served as a member of a grand jury, whether in federal, state, county, or city court? If so, when and where did you serve?

45. Have you ever served as a juror in any court? If so, when, and in what court did you serve, and was it a civil or criminal case? What was the nature of the case? Without saying what the verdict was, did the jury reach a verdict?

**Law Enforcement Witnesses**

46. The Government witnesses in this case may include law enforcement officers—specifically, agents from the FBI or the FDIC-OIG. Would any of you be more likely to believe a witness merely because he or she is a member of a law enforcement agency? Would any of you be less likely to believe a witness merely because he or she is member of a law enforcement agency?

47. Does anyone have any personal feelings or experiences concerning law enforcement witnesses, or FBI or FDIC-OIG agents in particular, that would in any way affect their ability to be fair and impartial in this case?

**Expert Witnesses**

48. You also may hear testimony from an expert witness. Have any of you had any experiences with experts, or do you have any general feelings about the use of experts, that would make it difficult for you to render a wholly fair and impartial verdict?

**Investigative Techniques**

49. Does anyone have any expectations about the types of evidence that the Government will present in this criminal trial, or in a criminal trial more generally?

50. Would any of you be unable to follow the Court's instructions that the Government is not required to use any particular technique in order to investigate evidence of a crime?

**Other Witnesses**

51. You may hear testimony in this case from a cooperating witness, that is, a witness who at one time was involved in illegal activity, but who has now pleaded guilty to crimes and is testifying in the hope of receiving a lower sentence. I instruct you that the use of cooperating witnesses is perfectly legal and is often a necessary law enforcement tool. I also instruct you that just because a person has admitted to committing crimes does not mean that they are incapable of providing a truthful version of what happened. The question is not whether you end up liking or disliking the cooperating witness or the crimes that person has committed. The question with respect to a cooperating witness is the same as it is for any other witness: whether you think he is telling the truth. Do any of you have any feelings about the use of cooperating witnesses that would make it difficult for you to follow my instructions in this regard and render a fair and impartial

verdict if you heard testimony from a cooperating witness? Would you have any bias for or against the Government because of evidence obtained in this manner?

52. You may hear testimony in this case from witnesses who are testifying pursuant to a non-prosecution agreement with Government. I will instruct you that the use of such witnesses is perfectly legal and is often a necessary law enforcement tool. I will also instruct you that it is no concern of yours why the Government has chosen to offer certain witnesses non-prosecution agreements, and you are not to speculate about the reasons. Do any of you have any experience with or feelings about the use of witnesses who are testifying under agreements with the Government generally, or the use of evidence or information obtained from these types of witnesses, which would make it difficult for you to render a fair and impartial verdict? Would you have any bias for or against the Government because of evidence obtained in this manner?

**Persons Not on Trial**

53. You may hear evidence that other individuals, in addition to the defendant, were involved in the alleged crimes. Those other individuals are not on trial here. You may not draw any inference, favorable or unfavorable, towards the Government or the defendant on trial from that fact. You also may not speculate as to the reason why other persons are not on trial in this case. Is there any juror who cannot follow this instruction or who for this reason would have difficulty rendering a fair and impartial verdict?

**Other Questions**

54. Do any of you have problems with your hearing or vision that would prevent you from giving full attention to all of the evidence at this trial?

55. Are any of you taking any medication, or do any of you have any medical condition, that would prevent you from giving full attention to all of the evidence at this trial?

56. Do any of you have any difficulty reading or understanding English in any degree?

57. Do any of you have any religious, philosophical, or other beliefs that would make you unable to render a guilty verdict for reasons unrelated to the law and the evidence?

**Function of the Court and Jury**

58. The function of the jury is to decide questions of fact. You are the sole judge of the facts, and nothing that the Court or the lawyers say or do may encroach in any way on your role as the exclusive factfinder. When it comes to the law, however, you are to take your instructions from the Court, and you are bound by those instructions. You may not substitute your own notions of what the law is, or what you think it should be. At the conclusion of the case, your job will be to determine whether the defendant is guilty as charged in the indictment. Do any of you have any bias or prejudice or belief that might prevent you from accepting the instructions of law that I will give you in this case?

59. Will each of you accept the proposition that the question of punishment is for the Court alone to decide, and that the possible punishment must not enter into your deliberations as to whether the defendant is guilty?

60. Will each of you accept the proposition of law that sympathy or empathy must not enter into the deliberations of the jurors as to whether the defendant is guilty on each count, and that only the evidence produced here in court may be used by you to answer the question of guilt on each count?

61. It is not a particularly pleasant duty to find another individual guilty of committing a crime. Do any of you feel that even if the evidence established the defendant's guilt beyond a reasonable doubt, you might not be able to render a guilty verdict for reasons unrelated to the law and the evidence?

## Other Biases

62. In these questions, I have tried to direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Apart from any prior question, do any of you have the slightest doubt in your mind, for any reason whatsoever, that you will be able to serve conscientiously, fairly, and impartially in this case, and to render a true and just verdict without fear, favor, sympathy, bias, or prejudice—and according to the law as it will be explained to you?

## Juror's Background

63. The Government respectfully requests that the Court ask each juror to state the following information:

a. the juror's age;

b. the area in which the juror resides, and any other areas in which the juror has resided during the last 10 years;

c. the members of the juror's household;

d. the juror's educational background, including the highest degree obtained;

e. the juror's occupation;

f. the name and location of the juror's employer;

g. the same information concerning any other employment within the last 10 years;

h. the same information with respect to the juror's spouse and any working children;

i. whether the juror has served in the military;

j. the names of any clubs or associations of which the juror is a member;

k. the names of any publications, print or online (including blogs), to which the juror subscribes and/or contributes;

l. which newspapers and magazines the juror regularly reads;

m. which television programs the juror regularly watches; and

n. the juror's hobbies and leisure-time activities and organizations.

Dated: New York, New York
October 15, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: ______________________________
Micah F. Fergenson
Shiva H. Logarajah
Justin V. Rodriguez
Assistant United States Attorneys
Tel.: (212) 637-2190/-2272/-2591