BOIES SCHILLER FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

October 29, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

**Re: *United States v. Chu*,**
**Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent Daniel Chu. On October 22, we filed a letter motion seeking to strike the government's opposition to Mr. Chu's post-hearing submission or, in the alternative, for leave to file a reply. ECF No. 187. The government did not oppose either request.

The Court has not yet acted on that motion. While we believe that striking the government's submission is the appropriate remedy, so as not to slow down these proceedings, we have gone ahead and prepared the proposed reply. Mr. Chu therefore respectfully requests that the Court accept for filing the reply submission attached as Exhibit A.

Thank you for your consideration of this request.

Respectfully,

/s/ *Matthew L. Schwartz*
Matthew L. Schwartz